# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
9/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY

Case Number: 24-cr-369(A)-SPG
Defendant Number: 1
U.S.A. v. Ryan James Wedding
Year of Birth: 1981
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 1/24-8/1/24; Unk.-6/25/24; 1/24-5/3/24...

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[✓] Riverside  [ ] San Luis Obispo
[✓] San Bernardino  [✓] Other CAN, MX, COL

Citation of Offense: 21 USC §§ 846; 963; 848(a),(b); 848(e)(1)(A)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[✓] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes
If "Yes," Case Number: ____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: N/A
Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the 1st superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: 6/18/2024

Case Number 24-cr-369-SPG

The superseded case:
[✓] is still pending before Judge/Magistrate Judge _____
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☑ Alien

Alias Name(s)   James Conrad King, ~R137, ~PE, ~3.14, R, RW, Mexi, El Jefe, El Toro, Boss, Buddy, Giant, Grande, Public...

This defendant is charged in:
☐ All counts
☑ Only counts:  1-4, 7-9, & 11

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☐ mail/wire fraud
☑ narcotics offenses              ☐ immigration offenses
☑ violent crimes/firearms         ☐ corporate fraud
☐ Other  _____

**CUSTODY STATUS**

**Defendant is not in custody:**
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:  N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: N/A

**Defendant is in custody:**
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution:  N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge.  Date and time of arrest: N/A
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court:  N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date   09/17/2024

Signature of Assistant U.S. Attorney
Lyndsi Allsop
Print Name