E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
MARIA JHAI (Cal. Bar No. 283050)
Assistant United States Attorneys
Violent & Organized Crime Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3165/4138
Facsimile: (213) 894-3713
E-mail: lyndsi.allsop@usdoj.gov
maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
9/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: clee DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN JAMES WEDDING,
aka "James Conrad King,"
aka "~R137,"
aka "~PE,"
aka "~3.14,"
aka "R,"
aka "RW,"
aka "Mexi,"
aka "El Jefe,"
aka "El Toro,"
aka "Boss,"
aka "Buddy,"
aka "Giant,"
aka "Grande,"
aka "Public,"
aka "Public Enemy,"
aka "NPKY8WY7,"
aka "FUJ93HXR,"
ANDREW CLARK,
aka "~Mero güero,"
aka "~The Dictator,"
aka "~El manda mas,"
aka "~el chiquito loco,"
aka "~el niño problemático,"
aka "~The Dick,"

CR 24-00369(A)-SPG

~~[PROPOSED]~~ ORDER SEALING INDICTMENT AND RELATED DOCUMENTS

**(UNDER SEAL)**

aka “El Guapo,”
aka “Mero Wero,”
aka “Dick,”
aka “Dictator,”
aka “New Dict,”
aka “DCY87D3T,”
aka “U9BM5XPD,”
aka “6YFRTV3P,”
aka “8ZEDZR2D,”
aka “J57629UV,”
aka “ZFJJX7EF,”
HARDEEP RATTE,
aka “~PP,”
aka “~diamond,”
aka “~GEARZ,”
aka “Uncle,”
aka “Tio,”
aka “9HW2UZZK,”
aka “ZER4X4H7,”
aka “BZUH5P4M,”
GURPREET SINGH,
aka “~FARMER,”
aka “~Poppey 1,”
aka “Popey,”
aka “Z7S6CMNZ,”
aka “KU7TPJKB,”
aka “KDXJBUUT,”
GENNADII BILONOG,
aka “John,”
CARLOS ALBERTO PEÑA GOYENECHE,
aka “W7ZZTY4Y,”
RAKHIM IBRAGIMOV,
aka “George,”
aka “Russian,”
NAHIM JORGE BONILLA,
aka “Nahhim,”
aka “The One,”
aka “$,”
aka “4SSP8KTR,”
MALIK DAMION CUNNINGHAM,
aka “Jamal Abukar,”
aka “~MrPerfect,”
aka “YBWZYA9W,”
JOEL SOSA CARDENAS,
ANDRES FELIPE PUCCETTI IRIARTE,
aka “Lala kid,”
ANTHONY MENDOZA LOPEZ,
ANSELMO ACUNA GARCIA,
aka “El Perro,”
aka “The Dog,”
JUAN MANUEL QUIROZ JIMENEZ,
IQBAL SINGH VIRK,
aka “Mark,” and
RANJIT SINGH ROWAL,

Defendants.

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the First Superseding Indictment and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until such time as the government moves to unseal them and files a "Report Commencing Criminal Action" in this matter, except that the government shall be permitted to disclose the First Superseding Indictment and/or arrest warrants to law enforcement (both foreign and domestic) and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of defendants to the United States.

9/17/2024
DATE

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE