Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 26 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
RYAN JAMES WEDDING, DEFENDANT
USMS# _____

CASE NUMBER: 2:24-cr-00369(A)-SPG
2:25-cr-00886-CV

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 01/23/2026 @ 07:50   [X] AM  [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  [ ] Yes  [X] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  [X] Yes  [ ] No

4. Charges under which defendant has been booked:
   21USC846; 21USC963; 21USC846; 848(e)(1)(A); 18USC1512(a)(1)(A), (C), (3)(A), (k); 18USC1513(a)(1)(A),

5. Offense charged is a:  [X] Felony  [ ] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required:  [X] No  [ ] Yes  Language: _____

7. Year of Birth: 1981

8. Defendant has retained counsel:  [ ] No
   [X] Yes   Name: Anthony Colombo   Phone Number: 619-889-8467

9. Name of Pretrial Services Officer notified: duty-cacpt-cac@cacp.uscourts.gov

10. Remarks (if any): Please note the defendant has two active cases: 2:25-cr-00886-CV and 2:24-cr-00369(A)-SPG.

11. Name: SA John Parr   (please print)

12. Office Phone Number: 571-310-9395

13. Agency: FBI

14. Signature: /s/ John Parr

15. Date: ~~01/26/2026~~ 01/25/2026

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION