UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00369-SPG                                    Date: 1/26/2026

Present: The Honorable: John D. Early, United States Magistrate Judge

Interpreter _____     Language _____

| Amber Rodriguez | CS 01/26/26 | Lyndsi Camille Allsop |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✓ Present   In Custody          Attorneys for Defendants:   ✓ Present   Retained

Ryan James Wedding                                            Anthony E Colombo

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
                                                 ✓ Initial Appearance

* Defendant states true name is the name on the Superseding Indictment A.
* Defendant is arraigned under name on the Superseding Indictment A.
* Defendant is given copy of the Superseding Indictment A.
* Defendant confirms reading, signing, and understanding the Advisement of Rights form (CR-10).
* Court acknowledges waiver of a detailed reading of the Superseding Indictment A and ascertains that the defendant understands the nature of the charges.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 3/24/2026 8:30 AM; Status Conference: 2/11/2026 9:30 AM.
* Court grants the Government's request and orders the defendant permanently detained.
* Defendant committed to the custody of the U.S. Marshal.
* Government counsel provides trial estimate of 3-4 weeks.
* Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA      PSAED      PSASA
      USMLA      USMED      USMSA          Initial Appearance/Appointment of Counsel: :05
      Statistics Clerk        Interpreter                              Arraignment: :10
      CJA Supervising Attorney   Fiscal                     Initials of Deputy Clerk: ARO

CR-11A                           Criminal Minutes – Arraignment                           Page 1