AUSA Maria Stiteler (296086)
1300 United States Courthouse, 312 North Spring Street
Los Angeles, California 90012
Tel: (505) 224-1495; Facsimile: (213) 894-3713
Maria.Stiteler@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-CR-369(A)-SPG |
| v. | |
| RYAN JAMES WEDDING, ET AL. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

-Documents

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

June 26, 2026
Date

Maria Stiteler
Attorney Name

United States of America
Party Represented

*Note:    File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                        NOTICE OF MANUAL FILING OR LODGING